**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>415.522.2000 |

July 22, 2008

United States District Court
for the Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

RE: CV 08-2859 MHP  EDGAR LEE WARREN-v-BUTTE COUNTY JAIL

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☐ Certified copy of docket entries.

    ☐ Certified copy of Transferral Order.

    ☐ Original case file documents.

    ☒ Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

  Please acknowledge receipt of the above documents on the attached copy of this letter.

      Sincerely,
      RICHARD W. WIEKING, Clerk

      *Gina Agustine*

      by:  Gina Agustine-Rivas
      Case Systems Administrator

Enclosures
Copies to counsel of record

CLOSED, E-Filing, ProSe, TRANSF

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:08-cv-02859-MHP
### Internal Use Only

| | |
|---|---|
| Warren v. Butte County Jail | Date Filed: 06/09/2008 |
| Assigned to: Hon. Marilyn H. Patel | Date Terminated: 06/18/2008 |
| Cause: 42:1983 Prisoner Civil Rights | Jury Demand: None |
| | Nature of Suit: 555 Prisoner: Prison Condition |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Edgar Lee Warren**    represented by    **Edgar Lee Warren**
137286
Butte County Jail
35 County Center Drive
Oroville, CA 95965
PRO SE

V.

**Defendant**

**Butte County Jail**
*Dockets and Medical Staff*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/09/2008 | 1 | COMPLAINT (no process) against Butte County Jail (Filing fee: IFPP). Filed by Edgar Lee Warren. (slh, COURT STAFF) (Filed on 6/9/2008) (Entered: 06/12/2008) |
| 06/09/2008 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Edgar Lee Warren. (slh, COURT STAFF) (Filed on 6/9/2008) (Entered: 06/12/2008) |
| 06/09/2008 | | CASE DESIGNATED for Electronic Filing. (slh, COURT STAFF) (Filed on 6/9/2008) (Entered: 06/12/2008) |
| 06/18/2008 | 3 | ORDER TRANSFERRING CASE (to the United States District Court for the Eastern District of California).. Signed by Judge Marilyn H. Patel on 6/17/08. (fj, COURT STAFF) (Filed on 6/18/2008) (Additional attachment(s) added on 6/18/2008: # 1 Certificate of Service) (fj, COURT STAFF). (Entered: 06/18/2008) |
| 07/22/2008 | 4 | CLERK'S NOTICE: Case Transferred Electronically to Eastern District of California. (gba, COURT STAFF) (Filed on 7/22/2008) (Entered: 07/22/2008) |